# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DETRAIL WILLIAMS, | ) | Case No. CV 18-10358-SP |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| J. GASTELO, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Memorandum Opinion and Order Granting Motion to Dismiss filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: September 23, 2019

_____
SHERI PYM
UNITED STATES MAGISTRATE JUDGE